## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GEORGE PETER, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 07-422-WDS** |
| | ) | |
| **ROGER A. WALKER, JR., ALAN M.** | ) | |
| **UCHTMAN, DONALD A. HULICK,** | ) | |
| **JEFFREY D. BROSHEARS, TRACY K.** | ) | |
| **LEE, JASON P. VASQUEZ, BARRY** | ) | |
| **HOFFMAN, TYRONE MURRAY,** | ) | |
| **JACKIE MILLER** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.


 **December 17, 2007.**                    By:   **s/ WILLIAM D. STIEHL**
Date                                                      *District Judge*